

**KAHN YUNIVER**
—— LAW ——

March 27, 2026

**VIA ECF**
Honorable Katherine Polk Failla, USDJ
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



Re: ***Berry Sagehorn v. DearDoc, Inc. et al.*** **(Civil Action No.: 1:25-cv-01765)**

Dear Judge Failla:

We represent Defendants DearDoc, Inc. and Joseph Brown in the above-referenced matter. Pursuant to Rule 9(B) of the Court's Individual Rules, Standing Order 19-MC-583, and Section 6 of the Southern District of New York Electronic Case Filing Rules and Instructions, Defendants respectfully request leave to file under seal Exhibit A to Defendants' motion to quash the subpoena served on non-party Alyssa Rose (ECF #36).

Exhibit A, a copy of which has been provided to the Court via e-mail and will be filed on ECF under seal pending the Court's ruling on this motion, is a copy of the confidential separation agreement between non-party Alyssa Rose and Defendant DearDoc, Inc. The agreement contains sensitive confidential information, including the consideration paid in exchange for confidentiality, non-cooperation and non-disclosure obligations, and post-termination restrictive covenants, as well as the parties' agreement to maintain the confidentiality of the agreement's terms.

Although a confidentiality provision alone is not sufficient to overcome the presumption of public access, that presumption does not apply here because Exhibit A is not a "judicial document." *See SEC v. TheStreet.com*, 273 F.3d 222, 232 (2d Cir. 2001); *Under Seal v. Under Seal*, 273 F. Supp. 3d 460, 467 (S.D.N.Y. 2017). As courts in this Circuit have recognized, for a document to qualify as a judicial document, "the item filed must be relevant to the performance of the judicial function and useful in the judicial process." *Under Seal*, 273 F. Supp. 3d at 467. There is no presumption of access to "documents that play no role in the performance of Article III functions, such as those passed between the parties in discovery." *Id*.

Here, Exhibit A concerns a non-party and is relevant only insofar as Defendants seek protection against its disclosure. It is not material to the Court's adjudication of the underlying

KAHN YUNIVER LAW                    KYPCL.COM                    Irene@kypcl.com

710 AVENUE U • BROOKLYN, NEW YORK 11223                    TELEPHONE: 1(718)402-2240
49 WEST 37th. STREET • NEW YORK, NEW YORK 10018                    FACSIMILE 1(718)305-4571



merits, and sealing it will not impair the judicial process or deprive the public of information necessary to understand the Court's decision-making. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006).

Accordingly, Defendants respectfully request that the Court grant leave to file and maintain Exhibit A under seal.

Respectfully submitted,

/s/ *Irene Sinayskaya Kahn*
Irene Sinayskaya Kahn, Esq.

Application GRANTED.  Defendant shall file a sealed version of Exhibit A to its motion (Dkt. #36-1) on the docket on or before **April 3, 2026.**

The Clerk of Court is directed to terminate the pending motion at docket entry 37.

Dated:      March 31, 2026             SO ORDERED.
            New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

KAHN YUNIVER LAW                    KYPCL.COM                         Irene@kypcl.com

710 AVENUE U • BROOKLYN, NEW YORK 11223                    TELEPHONE: 1(718)402-2240
49 WEST 37th. STREET • NEW YORK, NEW YORK 10018            FACSIMILE 1(718)305-4571