KY
KAHN YUNIVER
LAW

September 30, 2026

**VIA ECF**
Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

**Re: *Berry Sagehorn v. DearDoc, Inc. et al.***
**Civil Action No.: 1:25-cv-01765-KPF**
**Joint Status Letter and Request for Extension of Deadline to File Stipulation of Dismissal**

Dear Judge Failla:

The parties respectfully submit this joint letter to update the Court regarding their settlement and to request a brief extension of the current deadline to file their stipulation of dismissal.

The parties have finalized and fully executed their written settlement agreement. Pursuant to that agreement, Defendants' initial settlement payment is due on October 13, 2026. The agreement further provides that Plaintiff's obligation to file the stipulation of dismissal arises after both the initial payment has been received and cleared and Plaintiff's counsel has received the executed confessions of judgment to be held in escrow.

Because those contractual conditions will not be satisfied by the current October 6, 2026 deadline, the parties respectfully request that the deadline to file the stipulation of dismissal be extended through October 16, 2026. This requested extension will provide sufficient time for the initial payment to be made and clear and for the parties to comply with the dismissal procedure established by their settlement agreement.

This is the parties' first]request for an extension of this deadline. The requested extension is made jointly and will not affect any other scheduled dates or deadlines.

The parties thank the Court for its consideration..

Respectfully submitted,
*/s/Carly Skarbnik Meredith*

Respectfully submitted,
*/s/Nicholas Trotta*

| | |
|---|---|
| Deutsch Atkins & Kleinfeldt, P.C.<br>Attorneys for Plaintiff Sagehorn | Kahn Yuniver Law<br>Attorneys for Defendants |

Application GRANTED. The Court hereby EXTENDS its 60-day Order of Discontinuance issued on August 10, 2026 (Dkt. #55), through **October 16, 2026.**

The Clerk of Court is directed to terminate the pending motion at docket entry 56.

Dated: October 1, 2026
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE